

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-24-00872-CV

**IN RE** Honorable Christine **VASQUEZ – HORTICK**, Judge, 225th District Court, Bexar County, Texas

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              H. Todd McCray, Justice

Delivered and Filed: January 15, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On December 26, 2024, relators filed a petition for writ of mandamus. After considering the mandamus petition and the record, we conclude relators are not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] Judge Vasquez – Hortick initiated this original proceeding, on behalf of herself and the 225th District Court, Bexar County, Texas, to challenge the inclusion of the 225th District Court in the Bexar County Presiding Court System.